IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave., NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **FEDERAL BUREAU OF PRISONS,** | ) |
| 320 First St., NW | ) |
| Washington, DC 20534 | ) |
| | ) |
|     **Defendants.** | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to compel Defendants U.S. DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF PRISONS to discharge their obligations under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), including by conducting a reasonable search, issuing a determination, and producing records regarding the detention and transfer of Ghislaine Maxwell between Bureau of Prison facilities.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories

a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print, and live events. BLOOMBERG L.P. is one of the FOIA requesters in this case.

4. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

5. Defendant FEDERAL BUREAU OF PRISONS ("BOP") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOJ is the parent agency of BOP.

## JURISDICTION AND VENUE

6. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

7. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## AUGUST 5, 2025 FOIA REQUEST TO BOP

8. On August 5, 2025, Plaintiffs submitted a FOIA request to BOP seeking the following records:

> 1. A copy of the formal request from Deputy Attorney General Todd Blanche or any other official from the Office of the DAG or Attorney General sent to the Bureau of Prisons to transfer Ghislaine Maxwell (Register Number: 02879-509) from the Federal Correctional Institution in Tallahassee, Florida to Federal Prison Camp Bryan in Bryan, Texas.
>
> To be clear, I am only seeking the formal notification request seeking to transfer Ms. Maxwell. Please limit the search to the Director, Deputy Director, Chief of Staff, the Director or Assistant Director of the Correctional Program Division, the Acting Regional Director for the Southeast Division or the person in charge of the Southeast, the General Counsel.

9. A true and correct copy of the FOIA request is attached as Exhibit 1.

10. On August 19, 2025, BOP acknowledged receipt of the FOIA request and assigned reference number 2025-06775 to the matter.

11. A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

12. BOP did not send any further correspondence to Plaintiffs regarding this request.

13. As of the date of this filing, BOP has not issued a determination on Plaintiffs' request.

14. As of the date of this filing, BOP has failed to make any responsive records promptly available to Plaintiffs.

## COUNT I – BOP'S FOIA VIOLATION

15. Paragraphs 1-14 are incorporated by reference.

16. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

17. Defendant BOP is a federal agency subject to FOIA.

18. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

19. Defendant BOP has failed to conduct a reasonable search for records responsive to the request.

20. Defendant BOP has failed to issue a determination within the statutory deadline.

21. Defendant BOP has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

    i. declare that Defendants have violated FOIA;

    ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

    iii. enjoin Defendants from withholding non-exempt public records under FOIA;

    iv. award Plaintiffs attorneys' fees and costs; and

    v. award such other relief the Court considers appropriate.

12. BOP did not send any further correspondence to Plaintiffs regarding this request.

13. As of the date of this filing, BOP has not issued a determination on Plaintiffs' request.

14. As of the date of this filing, BOP has failed to make any responsive records promptly available to Plaintiffs.

## COUNT I – BOP'S FOIA VIOLATION

15. Paragraphs 1-14 are incorporated by reference.

16. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

17. Defendant BOP is a federal agency subject to FOIA.

18. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

19. Defendant BOP has failed to conduct a reasonable search for records responsive to the request.

20. Defendant BOP has failed to issue a determination within the statutory deadline.

21. Defendant BOP has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

    i. declare that Defendants have violated FOIA;

    ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

    iii. enjoin Defendants from withholding non-exempt public records under FOIA;

    iv. award Plaintiffs attorneys' fees and costs; and

    v. award such other relief the Court considers appropriate.

Dated: December 18, 2025

                RESPECTFULLY SUBMITTED,

                */s/ Matthew V. Topic*

                Attorneys for Plaintiffs
                JASON LEOPOLD,
                BLOOMBERG L.P.

                Matthew Topic, D.C. Bar No. IL0037
                Stephen Stich Match, D.C. Bar No. MA0044
                Merrick Wayne, D.C. Bar No. IL0058
                LOEVY & LOEVY
                311 North Aberdeen, 3rd Floor
                Chicago, IL 60607
                312-243-5900
                foia@loevy.com