UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>Defendant. )<br>)<br>) | Civil Action No. 25-4398 (CKK) |

**NOTICE OF APPEARANCE**

Defendants respectfully request that the Clerk of the Court enter the appearance of the undersigned counsel, Zackariah Lindsey, on behalf of the Defendant in this matter.

Dated: January 29, 2026
Washington, DC
`

By: */s/ Zachariah W. Lindsey*
ZACHARIAH WESTON LINDSEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-6612
zachariah.lindsey@usdoj.gov

*Attorneys for the United States of America*