UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD AND BLOOMBERG, L.P. | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action No. 25-04398 |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) ) | |
| *Defendants.* | ) ) | |

## ANSWER

Defendants, the United States Department of Justice (DOJ) and the Federal Bureau of Prisons (BOP), by and through undersigned counsel, respectfully submit this Answer to the Complaint (ECF No. 1) filed by Plaintiffs Jason Leopold and Bloomberg, L.P., ("Plaintiffs") in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials in this response. However, Defendants' references are not intended to be, and should not be construed as, an admission that the cited materials are: correctly cited or quoted by Plaintiff; relevant to this, or any other, action; or admissible in this, or any other, action. Defendants expressly deny all allegations in the Complaint, including the relief sought, that are not specifically admitted to or otherwise qualified in this Answer. Defendants respond to the Complaint in corresponding, numbered paragraphs as follows:

## COMPLAINT[1]

1.      This paragraph consists of Plaintiffs' characterization of its Complaint, to which

---

[1] For ease of reference, Defendants refer to Plaintiffs' headings and titles, but to the extent those headings could be construed to contain factual allegations, those allegations are denied.

no response is required. To the extent a response is required, Defendants admit only that Plaintiffs bring this action under the FOIA, 5 U.S.C. § 552 *et seq.* Defendants deny all other allegations.

**PARTIES**

2.      Defendants lack sufficient information and knowledge to form a belief as to the truth of the allegations contained in Paragraph 2 and therefore deny them.

3.      Defendants lack sufficient information and knowledge to form a belief as to the truth of the allegations contained in Paragraph 3 and therefore deny them.

4.      Defendants only admit that DOJ is a federal agency within the meaning of 5 U.S.C. § 552(f)(1).  The remaining allegation in Paragraph 4 consists of a conclusion of law, to which no response is required.

5.      Defendants only admit that BOP is a federal agency within the meaning of 5 U.S.C. § 552(f)(1) and is a component of DOJ. The remaining allegation in Paragraph 5 consists of a conclusion of law, to which no response is required.

**JURISDICTION AND VENUE**

6.      This paragraph states a legal conclusion regarding jurisdiction, to which no response is required.  To the extent a response is required, Defendants admit only that jurisdiction is subject to the terms and limitations of FOIA and pursuant to 28 U.S.C. § 1331.

7.      This paragraph states a legal conclusion regarding venue, to which no response is required.  To the extent a response is required, Defendants only admit that venue is subject to the terms and limitations of FOIA.

**AUGUST 5, 2025 FOIA REQUEST TO BOP**

8.      Defendants admit that Plaintiff Leopold submitted a FOIA request ("Request") to

- 2 -

BOP dated August 5, 2025. Defendants admit only that this paragraph reflects portions of Plaintiff Leopold's FOIA request. Defendants aver that the Request is the best evidence of its contents, respectfully refer the Court to the Request, and deny any allegations inconsistent therewith. *See* Exhibit 1 to Compl. (ECF No. 1-1).

9. Defendants admit only Exhibit 1 reflects Plaintiffs' FOIA request. Defendants aver that the Request is the best evidence of its contents, respectfully refer the Court to the Request, and deny any allegations inconsistent therewith. *Id.*

10. Defendants admit that BOP acknowledged receipt of Plaintiffs' Request on or about August 19, 2025, and assigned it FOIA Request Number 2025-06775. *Id.*

11. Defendants admit only Exhibit 2 reflects BOP's Acknowledgement Letter dated August 19, 2025. Defendants aver that the Request is the best evidence of its contents, respectfully refer the Court to the Request, and deny any allegations inconsistent therewith. *Id.*

12. Defendants deny the allegation in this paragraph.

13. Defendants admit only that BOP has not issued a determination on Plaintiffs request as of this date. To the extent a response is deemed required, Defendants deny all other allegations.

14. Defendants admit only that BOP has produced no records to Plaintiffs as of this date. To the extent a response is deemed required, Defendants deny all other allegations.

**COUNT I- BOP'S FOIA VIOLATION**

15. Defendants reincorporate and re-allege the responses contained in foregoing paragraphs of this Answer as if fully stated in this paragraph.

16. Paragraph 16 consists of legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in this paragraph.

17.     Defendants only admit that BOP is a federal agency within the meaning of 5 U.S.C. § 552(f)(1) and is a component of DOJ.

18.     The allegations contained in Paragraph 18 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in this paragraph.

19.     The allegations contained in Paragraph 19 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in this paragraph.

20.     The allegations contained in Paragraph 20 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in this paragraph.

21.     The allegations contained in Paragraph 21 consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny the allegations in this paragraph.

<strong><u>REQUESTED RELIEF</u></strong>

The remaining portions of the Complaint contain Plaintiffs' request or prayer for relief to which no response is required.  To the extent that a response is required, Defendants deny that Plaintiffs are entitled to the relief requested or to any relief whatsoever.

<strong><u>DEFENSES</u></strong>

Defendants allege the following additional defenses to the Complaint. In asserting these defenses, Defendants do not assume the burden to establish any fact or proposition where that burden is properly imposed on Plaintiff. Defendants reserve the right to amend, alter, and

- 4 -

supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendants throughout the course of this litigation.

### FIRST DEFENSE

Plaintiffs are not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exclusions or exemptions to FOIA or the Privacy Act, 5 U.S.C. § 552a, or other applicable law.

### SECOND DEFENSE

The Court lacks subject matter jurisdiction over any of Plaintiffs' requests for relief that exceed the relief authorized by FOIA.

### THIRD DEFENSE

Defendants have exercised due diligence in responding to Plaintiffs' FOIA request and exceptional circumstances exist that necessitate additional time for Defendants to search for and process records, if any, that may be responsive to Plaintiffs' FOIA request.

### FOURTH DEFENSE

Plaintiffs are not eligible for nor entitled to attorneys' fees and costs in this matter.

### FIFTH DEFENSE

Defendants have not improperly withheld records requested by Plaintiffs under FOIA.

### SIXTH DEFENSE

At all times, Defendants acted in accordance with the law and in good faith.

### SEVENTH DEFENSE

Defendants' actions or inactions did not violate the FOIA or any other statutory or regulatory provision.

## **EIGHTH DEFENSE**

Plaintiffs are not entitled to the production of non-exempt portions of records, if any, that

are not reasonably segregable from exempt portions of records.

## **NINTH DEFENSE**

Plaintiffs are not entitled to the injunctive relief requested, and there is no provision of

FOIA for obtaining declaratory relief. 5 U.S.C. § 552(a)(4)(B).

Dated: February 23, 2026
   Washington D.C.     Respectfully submitted,

              JEANINE FERRIS PIRRO
              United States Attorney

              /s/  *Zachariah Lindsey*
              ZACHARIAH LINDSEY, DC BAR #1766679
              Assistant United States Attorney
              U.S. Attorney's Office, Civil Division
              601 D Street, N.W.
              Washington, DC 20530
              (202) 445-3658
              Zachariah.Lindsey@usdoj.gov

              *Attorneys for the United States of America*

- 6 -