UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD AND BLOOMBERG, L.P. | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action No. 25-4398 (CKK) |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) | |
| *Defendants.* | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 23, 2026, Minute Order Defendants United States Department of Justice ("DOJ") and the Federal Bureau of Prisons ("BOP") (collectively "Defendants") and Plaintiffs Jason Leopold and Bloomberg, L.P. ("Plaintiffs"), respectfully submit this joint status report to update the Court on the parties' progress in this Freedom of Information Act ("FOIA") matter.  Plaintiffs submitted one FOIA request for a "copy of the formal request from Deputy Attorney General Todd Blanche or any other official from the Office of the DAG or Attorney General sent to the Bureau of Prisons to transfer Ghislaine Maxwell (Register Number: 02879-509) from the Federal Correctional Institution in Tallahassee, Florida to Federal Prison Camp Bryan in Bryan, Texas."

BOP reports that it completed its initial search and identified 15.8 GB of records of potentially responsive documents.  Plaintiffs report that they requested BOP provide a page count for its search results.  BOP reports that it is currently downloading the records to determine the total page count.  BOP will then conduct a responsiveness and deduplication review, which it expects to complete by May 15, 2026. Once the responsiveness and deduplication review is

complete, BOP will propose a processing and response schedule for any responsive records that are identified.

The parties believe it is premature to set a briefing schedule or a date to provide a *Vaughn* Index. At present, Defendant does not anticipate filing a motion pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

Accordingly, the parties respectfully propose that they file their next joint status report on or before June 5, 2026, and every sixty days thereafter, to update the Court on the status of their engagement.

Dated: April 6, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL 0037
Merrick Wayne, D.C. Bar No. IL 0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com
*Attorneys for Plaintiff*

/s/      *Zachariah Lindsey*
ZACHARIAH LINDSEY, DC BAR #1766679
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 445-3658
Zachariah.Lindsey@usdoj.gov

*Attorneys for the United States of America*

2