UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD AND BLOOMBERG, L.P. | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-4398 (CKK) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's April 8, 2026, Minute Order Defendants United States Department of Justice ("DOJ") and the Federal Bureau of Prisons ("BOP") (collectively "Defendants") and Plaintiffs Jason Leopold and Bloomberg, L.P. ("Plaintiffs"), respectfully submit this joint status report to update the Court on the parties' progress in this Freedom of Information Act ("FOIA") matter.

In this request, Plaintiffs seek the formal notification request seeking to transfer Ghislaine Maxwell from the Federal Correctional Institution in Tallahassee, FL to Federal Prison Camp Bryan in Bryan, TX. BOP originally interpreted Plaintiffs' request more broadly, but after consulting with Plaintiffs, interprets this request to seek a single record. BOP reports that it is presently processing that record for production and expects to do so by August 28, 2026.

Accordingly, the parties respectfully propose that they file their next joint status report on or before August 31, 2026, and every sixty days thereafter, to update the Court on the status of their engagement.

Dated: August 4, 2026                    Respectfully submitted,

                                         JEANINE FERRIS PIRRO

/s/ Merrick Wayne
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No.
MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*

United States Attorney

/s/      Zachariah Lindsey
ZACHARIAH LINDSEY, DC BAR #1766679
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 445-3658
Zachariah.Lindsey@usdoj.gov

*Attorneys for the United States of America*

2